**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Bryan Manuel Arias Martinez
Petitioner

CIVIL ACTION

V.

NO. 1:26-cv-12878-ADB

Antone Moniz et al
Respondents

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Electronic Order dated August 20, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

By the Court,

August 20, 2026
Date

/s/Caetlin McManus
Deputy Clerk